UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

MOTION FOR ORDER FOR SERVICE BY PUBLICATION

Plaintiff in the above-entitled cause says that this is an action to enforce the lien upon real property situated in this district and described as follows, to wit:

> Lot 18 in Oakwood Estates First Addition to the Village of Oakwood according to the Plat thereof recorded December 10, 1976 in Book 911 page 248 as Document Number 905340, situated in Vermilion County, Illinois

and that the ESTATE OF MARY S. BENNETT, UNKNOWN OWNERS, INCLUDING UKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED AND NON-RECORD CLAIMANTS, defendants in this suit, cannot be found in the State of Illinois in which this suit has been commenced.

The plaintiff further says that personal service outside of that State is not practicable for the reason that it has no knowledge as to the residence of said defendants or where they can be found, although, plaintiff has made diligent efforts to learn the whereabouts of the defendants, as more fully appears from the Affidavit of David H. Hoff, Assistant United States Attorney, attached hereto and made a part hereof.

WHEREFORE, plaintiff United States of America moves this Court to enter an order for publication in a newspaper for a time to be designated by this Court not less than three (3) successive weeks pursuant to Rule 4 of the Federal Rules of Civil Procedure and 735 ILCS §5/2-206 and 5/2-207.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

BY:   s/ David H. Hoff
        DAVID H. HOFF
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of October 2004, I electronically filed the Motion for Order for Service by Publication with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Edwin E. Maxwell, Jr.
    318 Timberidge
    Oakwood, IL 61858

    David A. Bennett, Jr.
    318 Timberidge
    Oakwood, IL 61858

    s/David H. Hoff
    DAVID H. HOFF
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov