UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT, ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS ) | |
| AND LEGATEES OF MARY S. ) | |
| BENNETT, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF DAVID H. HOFF

DAVID H. HOFF states, under penalty of perjury, that he is an employee in the Office of the United States Attorney in Urbana, Illinois, and further states as follows:

1. Mortgagor-defendant Mary S. Bennett is deceased.

2. Defendants David A. Bennett, Jr. and Edwin E. Maxwell, Jr. currently reside in the subject property which is located at 318 Timberidge, Oakwood, Illinois.

3. On June 3, 2004, the letter attached hereto as Exhibit A was mailed to David A. Bennett, Jr. and Edwin E. Maxwell, Jr. No responses have been received relative to this correspondence.

Further, deponent sayeth not.

Dated this 15th day of October 2004.

                                                s/David H. Hoff
                                                DAVID H. HOFF
                                                Assistant United States Attorney




U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

---

*Jan Paul Miller*     *Urbana Division Office*
*United States Attorney*     *Urbana Federal Building and U.S. Courthouse*
    *201 South Vine Street, Suite 226*
    *Urbana, Illinois 61802-3369*
    *TEL: (217) 373-5875*
    *FAX: (217) 373-5891*

June 3, 2004


Mr. Edwin Maxwell, Jr.
318 Timberidge
Oakwood, IL 61858

Re:   Estate of Mary S. Bennett, deceased
      Case No. 04-2105

Dear Mr. Maxwell:

Our office is preparing a mortgage foreclosure complaint on the property at 318 Timberidge, Oakwood, Illinois, which is subject to a mortgage in favor of Farmers Home Administration (now known as Rural Development).

According to the records of Rural Development, Mary S. Bennett, obtained a mortgage on the subject property on February 16, 1996, and is now deceased.

Consequently, I would sincerely appreciate you providing me as soon as possible with the requested information by writing the answers in the space provided (or on additional sheets if necessary) and then mailing the letter back to me in the provided envelope. I have enclosed an additional copy of the letter for your records. Please state:

    1. The date and location of death including the street address, city, state, zip code and county.

_____

_____

_____.

EXHIBIT A

      2. The name and address of the surviving spouse, if any. If there was no surviving spouse, please write "none".

_____

_____

      3. The name, address and telephone number of the attorney who assisted the family concerning this death.

_____

_____.

      4. The city, county and state where any probate proceedings were filed.

_____

_____

_____.

      5. The location of any will, including the city, county and state of any courthouse where a will was filed.

_____

_____

_____.

      6. The name and present address of each descendant, including:

            (a) each child, indicating whether adult or minor;

_____

_____

_____

      (b) the name of any deceased child, providing the name and address of any spouse or child of the deceased child.

_____

_____

_____.

      7. If there are no descendants, state the name and address of each living parent, brother or sister, or child or spouse of a deceased brother or sister.

_____

_____

_____.

      8. Please state the name and address of each person who was owed money by the decedent when he/she died.

_____

_____

_____

_____.

      9. List all funeral bills and other expenses resulting from the death that remain unpaid.

_____

_____

_____.

10. State who presently owns the real estate.

_____

_____

_____.

11. State who lives at that address. _____

_____.

Thank you for taking the time to give me this information, and do not hesitate to call or write me if you have any questions concerning this letter.

Very truly yours,

JAN PAUL MILLER
United States Attorney


/s David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk




U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

---

*Jan Paul Miller*  *Urbana Division Office*
*United States Attorney*  *Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

June 3, 2004


Mr. David A. Bennett, Jr.
318 Timberidge
Oakwood, IL 61858

Re:  Estate of Mary S. Bennett, deceased
     Case No. 04-2105

Dear Mr. Bennett:

Our office is preparing a mortgage foreclosure complaint on the property at 318 Timberidge, Oakwood, Illinois, which is subject to a mortgage in favor of Farmers Home Administration (now known as Rural Development).

According to the records of Rural Development, Mary S. Bennett, obtained a mortgage on the subject property on February 16, 1996, and is now deceased.

Consequently, I would sincerely appreciate you providing me as soon as possible with the requested information by writing the answers in the space provided (or on additional sheets if necessary) and then mailing the letter back to me in the provided envelope. I have enclosed an additional copy of the letter for your records. Please state:

    1. The date and location of death including the street address, city, state, zip code and county.


_____

_____

_____.

  2. The name and address of the surviving spouse, if any. If there was no surviving spouse, please write "none".

_____

_____

  3. The name, address and telephone number of the attorney who assisted the family concerning this death.

_____

_____.

  4. The city, county and state where any probate proceedings were filed.

_____

_____

_____.

  5. The location of any will, including the city, county and state of any courthouse where a will was filed.

_____

_____

_____.

  6. The name and present address of each descendant, including:

    (a) each child, indicating whether adult or minor;

_____

_____

_____

      (b) the name of any deceased child, providing the name and address of any spouse or child of the deceased child.

_____

_____

_____.

      7. If there are no descendants, state the name and address of each living parent, brother or sister, or child or spouse of a deceased brother or sister.

_____

_____

_____.

      8. Please state the name and address of each person who was owed money by the decedent when he/she died.

_____

_____

_____

_____.

      9. List all funeral bills and other expenses resulting from the death that remain unpaid.

_____

_____

_____.

    10. State who presently owns the real estate.

_____

_____

_____.

    11. State who lives at that address.  _____

_____.

Thank you for taking the time to give me this information, and do not hesitate to call or write me if you have any questions concerning this letter.

Very truly yours,

JAN PAUL MILLER
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk