UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

## NOTICE OF PUBLICATION

Notice is hereby given to the ESTATE OF MARY S. BENNETT, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, of the complaint for foreclosure filed in the above-entitled case on June 2, 2004, and that they are named as a defendant in the above-entitled case, pursuant to the provisions of 735 ILCS 5/2-206, 735 ILCS 5/2-207, 735 ILCS 5/2-209, 735 ILCS 5/2-413, 735 5/15-1501, 735 5/15-1502, and Rule 4 of the Federal Rules of Civil Procedure and that the above-entitled mortgage foreclosure suit is now pending in said court. You, ESTATE OF MARY S. BENNETT, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, are hereby notified that on October 15, 2004, an order was entered in said cause by the Honorable David G. Bernthal, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before December 1, 2004 and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

   (i)  The names of all plaintiffs and the case number are identified above.

   (ii)  The court in which said action was brought is identified above.

   (iii)  The name of the title holder of record is:  ESTATE OF MARY S. BENNETT

   (iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 18 in Oakwood Estates First Addition to the Village of Oakwood according to the Plat thereof recorded December 10, 1976 in Book 911 page 248 as Document Number 905340, situated in Vermilion County, Illinois.

(v)  A common address or description of the location of the real estate is as follows:

318 Timberidge, Oakwood, Illinois 61858

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of Mortgagors: | MARY S. BENNETT (Now Deceased) |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | February 16, 1996 |
| Date of recording: | February 16, 1996 |
| County where recorded: | Vermilion County, Illinois |
| Recording document identification: | As Doc. No. 96-0001592 |

JOHN M. WATERS
CLERK OF THE DISTRICT COURT
201 S. Vine Street
Urbana, Illinois 61802