22725 - 11/9, 16, 23 - 04
UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION
UNITED STATES OF
AMERICA,
          Plaintiff,
          vs.
ESTATE OF MARY S.
BENNETT, EDWIN E.
MAXWELL, JR. DAVID A.
BENNETT, JR.,
UNKNOWN OWNERS,
INCLUDING UNKNOWN
HEIRS AND LEGATEES
OF MARY S. BENNETT,
DECEASED, AND
NON-RECORD
CLAIMANTS,
          Defendants.
NOTICE OF
PUBLICATION
Notice is hereby given to
the ESTATE OF MARY S.
BENNETT, UNKNOWN
OWNERS, INCLUDING
UNKNOWN HEIRS AND
LEGATEES OF MARY S.
BENNETT, DECEASED,
AND NON-RECORD
CLAIMANTS, of the com-
plaint for foreclosure filed in
the above-entitled on June
2, 2004, and that they are
named as a defendant in
the above-entitled case,
pursuant to the provisions
of 73 ILCS 5/2-206, 735
ILCS 5/2-207, 735 ILCS
5/209, 735 ILCS 5/2-413,
735 5/15-1501, 735
5/15-1502, and Rule 4 of
the Federal Rules of Civil
Procedure and that the
above-entitled mortgage
foreclosure suit is now
pending in said court. You,
ESTATE OF MARY S.
BENNETT, UNKNOWN
OWNERS, INCLUDING
UNKNOWN HEIRS AND
LEGATEES OF MARY S.
BENNETT, DECEASED,
AND NON-RECORD
CLAIMANTS, are hereby
notified that on October 15,
2004, and order was enter-
ed in said cause by the
Honorable David G.
Bernthal, United States
Magistrate Judge of this
Court, ordering that you
shall appear in this case
and plead to the complaint
heretofore filed herein by
filing same in the
above-entitled cause with
the undersigned Clerk of
the United States District
Court for the Central Dis-
trict of Illinois, 201 S. Vine
Street, Urbana, Illinois
61802, on or before De-
cember 1, 2004 and in de-
fault thereof the court will
proceed to a hearing and
an adjudication of this
cause before the court, in
the same manner as if you
had been served with proc-
ess within the State of Illi-
nois, and that the following
information applies to said
foreclosure proceeding:
(i) The names of all plain-
tiffs and the case number
are identified above.
(ii) The Court in which said
action was brought is iden-
tified above.
(iii) The name of the title
holder of record is:
ESTATE OF MARY S.
BENNETT
(iv) A legal description of
the real estate sufficient to
identify it with reasonable
certainty is as follows:
Lot 18 in Oakwood Estates
First Addition to the Village
of Oakwood according to
the plat thereof recorded
December 10, 1976 in
Book 911 page 248 as
Document Number
905340, situated in Vermil-
ion County, Illinois.
(v) A common address or
description of the location
of the real estate is as fol-
lows:
318 Timberidge, Oakwood,
Illinois 61858
(vi) An identification of the
mortgage sought to be
foreclosed is as follows:
Names of Mortgagors:
MARY S. BENNETT (Now
Deceased)
Name of Mortgagee: United
States of American, United
States Department of Agri-
culture.
Date of mortgage:

**STATE OF ILLINOIS** )
**County of Vermilion** ) ss.
**City of Danville** )

COMMUNITY NEWSPAPER HOLDING INC., DBA THE COMMERCIAL-NEWS, a corporation, organized and existing under and pursuant to the laws of the State of Illinois, HEREBY CERTIFIES.

That it is the PUBLISHER of the COMMERCIAL-NEWS, and the COMMERCIAL-NEWS is a secular newspaper of general circulation in Vermilion County, Illinois, printed and published in the City of Danville, Vermilion County, Illinois:

That a notice, of which the annexed is a true copy, has been regularly published, in said newspaper one time each day/week for _3X_ successive days/weeks/times.

That the first of such publications was on the _9_ day of _Nov_ 20 _04_, and the last publication was on the _23_ day of _Nov_ 20 _04_

That the COMMERCIAL-NEWS has been regularly published for at least six (6) months prior to the first publication of said notice: that the face of the type in which such publication was made is the same as the body type used in the classified advertising in the newspaper in which such publication was made.

That _Carol L Nichols_ has been duly appointed as agent of said company and authorized to certify all certificates of publication required to be made on account of publications made in the COMMERCIAL-NEWS, and that such appointment is still in full force and effect.

IN WITNESS WHEREOF, the said COMMUNITY NEWSPAPER HOLDING INC., DBA THE COMMERCIAL-NEWS, PUBLISHER, aforesaid, has caused its corporate name to be hereinto affixed, and this certificate executed by _Carol L Nichols_ its authorized Agent, on this _23_ day of _Nov_, A.D. 20_04_.

Printer's Fee $ _696.17_

COMMUNITY NEWSPAPER HOLDING INC.,
D.B.A. COMMERCIAL-NEWS

Date Paid _____ 20 ___ .    By: _Carol L Nichols_
                                    *Authorized Agent*