UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on June 2, 2004.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendants, EDWIN E. MAXWELL, JR. and DAVID A. BENNETT, JR. each returned the Waivers of Service of Summons forms which were filed in this cause on July 7, 2004.  Defendants ESTATE OF MARY S. BENNETT, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, were served by proper publication in *The Commercial News*, Danville, Illinois.  That said defendants have not answered or otherwise pleaded to said Complaint filed herein and consequently, are in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

        Respectfully submitted,

        JAN PAUL MILLER
        United States Attorney


BY:    s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2004, I electronically filed the Motion to Enter Default Judgment of Foreclosure with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Edwin E. Maxwell, Jr.
318 Timberidge
Oakwood, IL 61858

David A. Bennett, Jr.
318 Timberidge
Oakwood, IL 61858

s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov