UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, Edwin E. Maxwell, Jr. and David A. Bennett, Jr., are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letters were mailed to defendants at their last known address. To date, no responses have been received from said defendants.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 27th day of December 2004.

s/David H. Hoff  
DAVID H. HOFF

United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
217/373-5875

**U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*

*Jan Paul Miller*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

November 30, 2004

Mr. David A. Bennett, Jr.
318 Timberidge
Oakwood, IL 61858

Re:   U.S. vs. Estate of Bennett, et al.
      Case No. 04-2105

Dear Mr. Bennett:

As you are aware, we are in the process of foreclosing on property at 318 Timberidge, Oakwood, Illinois.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

JAN PAUL MILLER
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

---

*Jan Paul Miller*  
*United States Attorney*

*Urbana Division Office*  
*Urbana Federal Building and U.S. Courthouse*  
*201 South Vine Street, Suite 226*  
*Urbana, Illinois 61802-3369*  
*TEL: (217) 373-5875*  
*FAX: (217) 373-5891*

November 30, 2004

Mr. Edwin E. Maxwell, Jr.
318 Timberidge
Oakwood, IL 61858

Re:   U.S. vs. Estate of Bennett, et al.
      Case No. 04-2105

Dear Mr. Maxwell:

As you are aware, we are in the process of foreclosing on property at 318 Timberidge, Oakwood, Illinois.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

JAN PAUL MILLER
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk