UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.  04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT, ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS ) | |
| AND LEGATEES OF MARY S. ) | |
| BENNETT, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 14th day of January 2005 at 10:30 A.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, United States District Judge, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 27th day December 2004.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2004, I electronically filed the Notice of Hearing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Edwin E. Maxwell, Jr.
    318 Timberidge
    Oakwood, IL 61858

    David A. Bennett, Jr.
    318 Timberidge
    Oakwood, IL 61858

    s/David H. Hoff
    DAVID H. HOFF
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov