AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Tuesday, 18 January, 2005   11:01:12 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

      vs.          Case Number:  **04-2231**

**MARY S. BENNETT, EDWIN E. MAXWELL,
DAVID A. BENNETT, JR. UNKNOWN OWNERS,
and NON-RECORD CLAIMANTS**,
      **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of the plaintiff and against the defendants.

ENTER this 18th day of January, 2005.

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY: DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case