AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.                                                                 Case Number:  **04-2105**

**MARY S. BENNETT, EDWIN E. MAXWELL,**
**DAVID A. BENNETT, JR. UNKNOWN OWNERS,**
**and NON-RECORD CLAIMANTS**,
    **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of the plaintiff and against the defendants.

ENTER this 18th day of January, 2005.

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case