E-FILED
Tuesday, 18 January, 2005  02:23:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2231 |
| ) | |
| RICHARD A. VAN HOUTIN, JR. and ) | |
| MICHELL L. VAN HOUTIN, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF ENTRY OF DEFAULT ORDER

You, RICHARD A. VAN HOUTIN, JR. and MICHELL L. VAN HOUTIN, the above-named defendants, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 14th day of January 2005, United States District Judge Michael P. McCuskey entered an Order of Default against you (docketed by the U.S. District Court Clerk on January 18, 2005).  The title of this lawsuit is United States of America v. Richard A. Van Houtin, Jr. and Michell L. Van Houtin.  The Court No. is Civil No. 04-2231 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois.  The date of entry of said Order of Default against you is:  January 14, 2005.  Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.

In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of

the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency against the mortgagor and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

BY:  s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of January 2005, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Richard A. Van Houtin, Jr.
    407 W. Newton Street
    Paris, IL 61944

    Michell L. Van Houtin
    407 W. Newton Street
    Paris, IL 61944

                                    s/David H. Hoff
                                    DAVID H. HOFF
                                    United States Attorney
                                    201 S. Vine Street, Suite 226
                                    Urbana, Illinois 61802
                                    Phone:  217/373-5875
                                    Fax: 217/373-5891
                                    david.hoff@usdoj.gov