UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                           ) | |
|     Plaintiff,                ) | |
| vs.                                                     ) | Case No.  04-2105 |
|                                                           ) | |
| ESTATE OF MARY S. BENNETT,    ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS       ) | |
| AND LEGATEES OF MARY S.         ) | |
| BENNETT, DECEASED, AND          ) | |
| NON-RECORD CLAIMANTS,           ) | |
|                                                           ) | |
|     Defendants.           ) | |

**CERTIFICATE OF SERVICE OF
NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 24th day of February 2005, I electronically filed the Notice of Marshal's Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Edwin E. Maxwell, Jr.                David A. Bennett, Jr.
318 Timberidge                            318 Timberidge
Oakwood, IL 61858                 Oakwood, IL 61858

                                                s/David H. Hoff
                                                DAVID H. HOFF
                                                United States Attorney
                                                201 S. Vine Street, Suite 226
                                                Urbana, Illinois 61802
                                                Phone:  217/373-5875
                                                Fax: 217/373-5891
                                                david.hoff@usdoj.gov