UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2105 |
| | ) |
| ESTATE OF MARY S. BENNETT, | ) |
| EDWIN E. MAXWELL, JR., DAVID A. | ) |
| BENNETT, JR., UNKNOWN OWNERS, | ) |
| INCLUDING UNKNOWN HEIRS | ) |
| AND LEGATEES OF MARY S. | ) |
| BENNETT, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on January 18, 2005, I, the undersigned, on the 5th day of April 2005, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Vermilion County, Danville, Illinois, the lands and premises described in said Decree and that JEREMY LIPA, having bid therefore the sum of FORTY-FOUR THOUSAND TWO HUNDRED FIFTY ($44,250.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Vermilion, Illinois, and described as follows, to-wit:

> Lot 18 in Oakwood Estates First Addition to the Village of
> Oakwood according to the Plat thereof recorded December
> 10, 1976 in Book 911 page 248 as Document Number 905340,
> situated in Vermilion County, Illinois,

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for

the years 2004 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 2nd day of May 2005.

                    s/Steven D. Deatherage
                    STEVEN D. DEATHERAGE
                    CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS    )
                        ) SS:
COUNTY OF PEORIA  )

## ACKNOWLEDGMENT

On this 2nd day of May 2005, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                    JOHN M. WATERS
                    Clerk of the U.S. District Court

                    s/R. Knox
                    Deputy Clerk


This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.

Send Tax Statement to Jeremy Lipa, 8405 E. 1425 N. Road, Fairmount, IL 61841.