E-FILED
Friday, 06 May, 2005  01:24:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>       Plaintiff,  )<br>  )<br>     vs.  )  Case No. 04-2105<br>  )<br>ESTATE OF MARY S. BENNETT,  )<br>EDWIN E. MAXWELL, JR., DAVID A.  )<br>BENNETT, JR., UNKNOWN OWNERS, )<br>INCLUDING UNKNOWN HEIRS  )<br>AND LEGATEES OF MARY S.  )<br>BENNETT, DECEASED, AND  )<br>NON-RECORD CLAIMANTS,  )<br>  )<br>       Defendants.  ) | |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 18th day of May 2005, at 9:30 A.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

    DATED this 6th day May 2005.

                        Respectfully submitted,

                        JAN PAUL MILLER
                        UNITED STATES ATTORNEY

        BY:    s/David H. Hoff
                  DAVID H. HOFF
                  United States Attorney
                  201 S. Vine St., Suite 226
                  Urbana, IL 61802
                  Phone: 217/373-5875
                  Fax: 217/373-5891
                  david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of May 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Edwin E. Maxwell, Jr.<br>318 Timberidge<br>Oakwood, IL 61858 | David A. Bennett, Jr.<br>318 Timberidge<br>Oakwood, IL 61858 |
| Martin Lipa<br>414 Bayside Drive<br>Danville, IL 61832 | Jeremy Lipa<br>8405 E. 1425 N. Road<br>Fairmount, IL 61841 |

                                              s/David H. Hoff
                                              DAVID H. HOFF, IL Bar No. 1234702
                                              United States Attorney
                                              201 S. Vine Street, Suite 226
                                              Urbana, Illinois 61802
                                              Phone:  217/373-5875
                                              Fax: 217/373-5891
                                              david.hoff@usdoj.gov