E-FILED
Thursday, 16 June, 2005 01:53:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

### APPLICATION FOR WRIT OF ASSISTANCE

The United States of America, plaintiff, by its undersigned attorneys, pursuant to Fed.R.Civ.P. 70 and in compliance with the decision and judgment of this Court entered on January 14, 2005, in this cause requests that this Court order the Clerk of the Court to issue a Writ of Assistance directing the United States Marshals Service to deliver unto the Plaintiff on behalf of Rural Development, United States Department of Agriculture, and Martin Lipa, the peaceable possession of the following described property by use of reasonable force if necessary to enter the property and remove defendants Edwin E. Maxwell, Jr. and David A. Bennett, Jr. and all of their personal property and possessions from said real estate at the sole expense and liability of Edwin E. Maxwell, Jr. and David A. Bennett, Jr., including the costs of the assistance of a moving company and storage facility. In support of this Application, the plaintiff submits the attached Declaration and states as follows:

1. Martin Lipa, through his son, Jeremy Lipa, was the buyer at the foreclosure sale, holder of the certificate of purchase of the following described property:

> Lot 18 in Oakwood Estates First Addition to the Village of Oakwood according to the Plat thereof recorded December 10, 1976 in Book 911 page 248 as Document Number 905340, situated in Vermilion County, Illinois.

The common address of the property is: 318 Timberidge, Oakwood, Illinois.

2. The foreclosure complaint in this case was filed June 2, 2004.

3. The mortgage and note relative to this foreclosure proceeding were executed by Mary S. Bennett, who is the deceased mother of defendants, David A. Bennett, Jr. and Edwin E. Maxwell, Jr.

4. A Marshal's sale was held on April 5, 2005, and the property was sold to Martin Lipa. Mr. Lipa has paid for the real estate in full and the sale was approved by this Court on May 18, 2005.

5. David A. Bennett, Jr. and Edwin E. Maxwell, Jr. have resided in the subject real estate since before the initiation of this foreclosure proceeding and have made no payments toward satisfaction of the mortgage indebtedness. Insurance premiums were paid by Rural Development because there was no insurance coverage on the property. Real estate taxes have been paid by Rural Development to avoid the property being sold for delinquent taxes.

6. The Decree Confirming Sale entered by this Court on May 18, 2005, awarded to the holder of the deed issued pursuant to the Certificate of Sale possession on the 31st day after entry of said order and stated: "In the event possession is withheld on the 31st day after entry of this order, the United States Marshal is directed to evict and dispossess, without further order or notice, Edwin E. Maxwell, Jr. and David A. Bennett, Jr., defendants, from subject real estate."

7. A letter was sent by First Class U.S. Mail to the defendants on June 2, 2005, advising them to vacate the premises by June 17, 2005. Identical letters were mailed to the defendants by certified mail, return receipt requested on June 17, 2005. Said letters advised the defendants that effective June 17, 2005, the purchaser, Martin Lipa, was

entitled to immediate and exclusive possession of the property and that anyone of anything remaining in the property after that date would be removed by the United States Marshals Service.  On June 13, 2005, Edwin E. Maxwell, Jr.  7, 2003, advised Martin Lipa that he would not be moving by June 17, 2005, thereby depriving the purchaser of possession of the property.

WHEREFORE, the plaintiff requests that the Court order the Clerk of this Court to execute immediately the attached Writ of Assistance in compliance with the Decree of this Court entered on May 18, 2005, and the Order for Writ of Assistance entered pursuant to this Application with the requirement that the Writ shall become effective immediately and the United States Marshals Service shall remove all persons and personal property remaining on the foreclosed premises after June 17, 2005, without the permission of the purchaser, Martin Lipa.

                Respectfully submitted,

                JAN PAUL MILLER
                UNITED STATES ATTORNEY

BY:   s/David H. Hoff
       DAVID H. HOFF, Bar No. IL 1234072
       United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone:  217/373-5875
       Fax: 217/373-5891
       david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of June 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Edwin E. Maxwell, Jr.      David A. Bennett, Jr.
      318 Timberidge      318 Timberidge
      Oakwood, IL 61858      Oakwood, IL 61858

      Martin Lipa
      414 Bayside Drive
      Danville, IL 61832

      s/David H. Hoff
      DAVID H. HOFF, IL Bar No. 1234702
      United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov