**E-FILED**
Thursday, 16 June, 2005  01:54:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No.  04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT,  ) | |
| EDWIN E. MAXWELL, JR., DAVID A.  ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS  ) | |
| AND LEGATEES OF MARY S.  ) | |
| BENNETT, DECEASED, AND  ) | |
| NON-RECORD CLAIMANTS,  ) | |
| ) | |
| Defendants.  ) | |

## DECLARATION OF DAVID H. HOFF

I, David H. Hoff, am the Assistant United States Attorneys assigned to this foreclosure case.

1.  The statements in the Application for Writ of Assistance are true and correct.

2.  I mailed, on June 2, 2005, by first class mail and separately by certified mail, return receipt requested, to David Bennett and Edwin Maxwell letters informing them that the property located at 318 Timberidge, Oakwood, Illinois, had been sold in the foreclosure proceeding and the buyer was entitled to possession of the premises on June 17, 2005, and that if they did not remove themselves and their possessions from the property, the United States District Court may issue an order directing the United States Marshals Service to evict them and remove their possessions.  A copy of the letter is attached as Exhibit A.

2.  On June 14, 2005, Edwin Maxwell telephoned my office and advised me that he and David Bennett would be unable to move by June 17, 2005, and requested an extension of that date.  I advised him that since Martin Lipa had purchased the property, an approval of an extension of the time in which to move could only be made by Mr. Lipa.

3.  On June 14, 2005, Martin Lipa advised me that Edwin Maxwell had telephoned him at his business and advised Mr. Lipa that he and David Bennett would be unable to move by June 17, 2005.  Mr.  Lipa advised him that he would be contacting the United States Attorney's Office to request assistance from the U.S. Marshals Service if the defendants were not out of the property by the June 17 deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2005.

s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

 U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

Jan Paul Miller
United States Attorney

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

June 2, 2005

Mr. David Bennett
Mr. Edwin Maxwell
318 Timberidge
Oakwood, IL 61858

Dear Mr. Bennett and Mr. Maxwell:

All persons residing at 318 Timberidge, Oakwood, Illinois, that was owned by Mary Bennett at the time of her death must remove themselves and their possessions from that property by not later than June 17, 2005.

After that date, Martin Lipa, the purchaser of this real estate, will be entitled to immediate and exclusive possession of all of the buildings and grounds at that address.

Please advise anyone having any possessions on this real estate to be sure that it is removed prior to June 17, 2005.

The United States Marshal will be authorized to remove anyone or any property remaining on the property after June 17, 2005.

Do not hesitate to contact me if you have any questions concerning this letter.

Very truly yours,

JAN PAUL MILLER
United States Attorney

s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk
cc:    Martin Lipa

EXHIBIT A