E-FILED
Thursday, 16 June, 2005  01:54:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2105 |
| ESTATE OF MARY S. BENNETT, EDWIN E. MAXWELL, JR., DAVID A. BENNETT, JR., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MARY S. BENNETT, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

### ORDER FOR WRIT OF ASSISTANCE

Upon the Application of the Plaintiff, United States of America, for an order for the Clerk of the Court to issue a Writ of Assistance, the Court finds that the United States, on behalf of Rural Development, United States Department of Agriculture, and Martin Lipa, are entitled to possession of the property currently occupied by Edwin E. Maxwell Jr. and David A. Bennett, Jr. and their possessions, that the Decree Confirming Sale authorizes the United States Marshal to evict and dispossess Edwin E. Maxwell, Jr. and David A. Bennett, Jr. without further order or notice, that Edwin E. Maxwell, Jr. and David A. Bennett, Jr. have been informed that they must vacate the premises and that the United States is entitled to the issuance of the attached Writ of Assistance which commands the United States Marshals Service by use of reasonable force if necessary to enter and remove Edwin E. Maxwell, Jr. and David A. Bennett, Jr. and their possessions

from premises, the common address which is 318 Timberidge, Oakwood, Illinois 61858, at Edwin E. Maxwell, Jr. and David A. Bennett, Jrs.' sole expense and liability, with Edwin E. Maxwell, Jr. and David A. Bennett paying all costs incurred by the United States Marshals Service and by the plaintiff that pertain to the removal of Edwin E. Maxwell, Jr. and David A. Bennett, Jr. and their possessions from the premises, including the costs of a moving company and storage facility.

    ENTER: June _____, 2005.

_____
MICHAEL P. MCCUSKEY
Chief United States District Judge