UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT, ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS ) | |
| AND LEGATEES OF MARY S. ) | |
| BENNETT, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

**WRIT OF ASSISTANCE**

The Clerk of the United States District Court for the Central District of Illinois, pursuant to Rule 70 of the Federal Rules of Civil Procedure and in compliance with the decision and judgment of this Court entered in this cause on January 14, 2005, upon application of the plaintiff, United States of America and order of the Court, hereby issues this Writ of Assistance, effective immediately, without notice of hearing, and hereby commands the United States Marshals Service by use of reasonable force if necessary to enter and remove Edwin E. Maxwell, Jr. and David A. Bennett, Jr. and their possessions from the following described premises, to wit:

> Lot 18 in Oakwood Estates First Addition to the Village of Oakwood according to the Plat thereof recorded December 10, 1976 in Book 911 page 248 as Document Number 905340, situated in Vermilion County, Illinois.

The common address of the property is: 318 Timberidge, Oakwood, Illinois 61858 at Edwin E. Maxwell, Jr. and David A. Bennett, Jrs.' sole expense and liability, with Edwin E. Maxwell, Jr. and David A. Bennett, Jr. paying all costs incurred by the United States Marshals Service and by the plaintiff that pertain to the removal of Edwin E. Maxwell, Jr. and David A. Bennett, Jr. and their possessions from the premises, including the costs of a moving company and storage facility.

Wherefore this Writ of Assistance is issued this \_\_\_\_ day of June 2005.

        John M. Waters
        Clerk of the United States District Court
        Central District of Illinois

By: _____