E-FILED
Thursday, 16 June, 2005  03:39:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ESTATE OF MARY S. BENNETT, )<br>EDWIN E. MAXWELL, JR., DAVID A. )<br>BENNETT, JR., UNKNOWN OWNERS, )<br>INCLUDING UNKNOWN HEIRS )<br>AND LEGATEES OF MARY S. )<br>BENNETT, DECEASED, AND )<br>NON-RECORD CLAIMANTS, )<br>)<br>Defendants. ) | Case No.  04-2105 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 23rd day of June 2005, at 1:00 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on the Application for Writ of Assistance, a copy of which is attached hereto, and you may be present at said time if you so desire.

DATED this 16th day June 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of June 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Edwin E. Maxwell, Jr.  
318 Timberidge  
Oakwood, IL 61858

David A. Bennett, Jr.  
318 Timberidge  
Oakwood, IL 61858

Martin Lipa  
414 Bayside Drive  
Danville, IL 61832

s/David H. Hoff  
DAVID H. HOFF, Bar No. IL 1234072  
Attorney for Plaintiff  
United States Attorney  
201 S. Vine Street, Suite 226  
Urbana, Illinois 61802  
Phone: 217/373-5875  
Fax: 217/373-5891  
david.hoff@usdoj.gov