UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT, ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS ) | |
| AND LEGATEES OF MARY S. ) | |
| BENNETT, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CANCELLATION OF HEARING**

PLEASE TAKE NOTICE that the hearing previously scheduled before the Honorable Michael P. McCuskey on June 23, 2005, at 1:00 P.M. on the Application for Writ filed by the United States on June 16, 2005, has been canceled. On June 20, 2005, the purchaser, Martin Lipa, advised the office of the undersigned that Edwin E. Maxwell, Jr. and David A. Bennett, Jr. have vacated the subject premises and removed their personal possessions.

DATED this 20th day of June 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of June 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at their last known addresses:

Edwin E. Maxwell, Jr.  
318 Timberidge  
Oakwood, IL 61858

David A. Bennett, Jr.  
318 Timberidge  
Oakwood, IL 61858

Martin Lipa  
414 Bayside Drive  
Danville, IL 61832

s/David H. Hoff  
DAVID H. HOFF, IL Bar No. 1234702  
United States Attorney  
201 S. Vine Street, Suite 226  
Urbana, Illinois 61802  
Phone: 217/373-5875  
Fax: 217/373-5891  
david.hoff@usdoj.gov