E-FILED
Tuesday, 26 July, 2005  11:19:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2105 |
| ) | |
| ESTATE OF MARY S. BENNETT, ) | |
| EDWIN E. MAXWELL, JR., DAVID A. ) | |
| BENNETT, JR., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS ) | |
| AND LEGATEES OF MARY S. ) | |
| BENNETT, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on June 2, 2004, and recorded in the Recorder's Office in Vermilion County, Illinois, on June 8, 2004, as Document No. 04-0007176, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on June 2, 2004, and is now pending.

(i) The names of all plaintiffs and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name of the title holder of record is: ESTATE OF MARY S. BENNETT

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 18 in Oakwood Estates First Addition to the Village of Oakwood according to the Plat thereof recorded December 10, 1976 in Book 911 page 248 as Document Number 905340, situated in Vermilion County, Illinois.

  (v)  A common address or description of the location of the real estate is as follows:

   318 Timberidge, Oakwood, Illinois 61858

  (vi)  An identification of the mortgage sought to be foreclosed is as follows:

|  |  |
|---|---|
| Name of Mortgagor: | MARY S. BENNETT (now deceased) |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | February 16, 1996 |
| Date of recording: | February 16, 1996 |
| County where recorded: | Vermilion County, Illinois |
| Recording document identification: | as Doc. No. 96-0001592 |

      Respectfully submitted,

      JAN PAUL MILLER
      UNITED STATES ATTORNEY

PREPARED BY:   BY: s/David H. Hoff
      DAVID H. HOFF, Bar No. IL 1234072
      United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      Phone:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov